## SMITH v. UNITED STATES.

No. 192, Misc.   Decided January 12, 1959.

Petitioner *pro se.*

*Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment of the Court of Appeals is vacated and the case is remanded to the District Court with directions to allow the appeal *in forma pauperis.   Ellis* v. *United States,* 356 U. S. 674.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.